In the Matter of the Estate of JULIUS M. COHEN, Deceased. THOMAS J. MEEHAN and ELWOOD J. HARLAM, Copartners, etc., Appellants. REBA V. B. COHEN, Executrix, etc., Respondent.— These matters are referred to the Hon. Edward B. Thomas, as official referee, to take proof of the facts presented by the records, to receive and to return further testimony for this court, and to report to this court thereon, with his opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred. Order to be settled on two days' notice before the presiding justice.

CATHERINE REILLY, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

PATRICK SHARKEY, Plaintiff, v. KATE FLOOD, Respondent, Impleaded with JOSEPH CRESCENT and REGINA CRESCENT, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

FRED VON KAMP, Respondent, v. JOHN C. SCHLEICHER, Appellant, Impleaded with VIOLET BRAMER, Defendant.— From the form of the pleadings and the delay in making the application, it having been made on the very eve of the trial, we are led to the conclusion that it should be denied for want of good faith. Order denying motion to vacate the order for appellant's examination reversed, with ten dollars costs and disbursements, and motion to vacate the said order granted, with ten dollars costs. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

JOHN F. WARD, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY and BENJAMIN C. KLINGMAN, Respondents, and Others, Defendants.— Judgments and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

LOUIS G. WILSON, Respondent, v. VAN DORN IRON WORKS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

CHARLES WOLF, Respondent, v. MOLLIE WOLF, Appellant.— Order affirmed, without costs, on authority of Lake v. Lake (194 N. Y. 179); Fleischer v. Fleischer (174 App. Div. 918); Brand v. Brand (178 id. 823). Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

LOUIS DEL GAUDIO, Respondent, v. MARIA GIANCONTIERI and Others, Appellants.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

OSCAR FRIED, Appellant, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.